# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN LEE SWETALLA ) | Case No.: 1:13-cv-01652-SKO |
| Plaintiff, ) | |
| v. ) | **ORDER EXTENDING BRIEFING SCHEDULE** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. ) ) | |
| Defendant. ) | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed no later than June 27, 2014;
2. Any opposition brief shall be filed no later than July 30, 2014; and
3. Plaintiff may file an optional reply brief on or before August 18, 2014.

IT IS SO ORDERED.

Dated: **June 17, 2014**         **/s/ Sheila K. Oberto**
                                UNITED STATES MAGISTRATE JUDGE