# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN LEE SWETALLA ) | Case No.: 1:13-cv-01652-SKO |
| Plaintiff, ) | ORDER EXTENDING BRIEFING SCHEDULE |
| v. ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. ) | |
| Defendant. ) | |

On June 30, 2014, Plaintiff filed a stipulated request that he be permitted until July 25, 2014, to file an opening brief to allow for additional time to engage in settlement discussions.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request is GRANTED;
2. Plaintiff shall file an opening brief on or before July 25, 2014;
3. Defendant shall file a responsive brief on or before August 28, 2014; and
4. Plaintiff may file an optional reply brief on or before September 15, 2014.

IT IS SO ORDERED.

Dated: __**July 1, 2014**__                    __/s/ Sheila K. Oberto__

                                                                                            UNITED STATES MAGISTRATE JUDGE

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26